UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | ) CASE NO.  17-46266-659 |
| | ) |
| KIMBERLY G. SEEMES, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |
| CAVALRY SPV I, LLC, | ) |
| | ) |
| Claimant. | ) |

**RESPONSE TO OBJECTION TO CLAIM**

NOW COMES Claimant, Cavalry SPV I, LLC ("Creditor"), and for its Response to the Trustee's Objection to Claim 9 (Document #20), states as follows:

1.     Creditor has provided certain documentation requested by the Trustee to establish its status as a secured creditor, and is diligently assembling the additional requested documentation for the Trustee's review.

2.     Creditor will further amend the claim, if necessary.

WHEREFORE, Creditor requests that the Court deny the Objection to Claim, and grant such other and further relief as the Court deems just and equitable under the circumstances.

Respectfully submitted,

Hanna & Volmert, LLC

By _____

    Deborah J. Volmert
    Mo. Bar. 42091, Dist Ct. 68554
    530 Fullerton Road, Suite A
    P.O. Box 464
    Belleville, Illinois  62222-0464
    Telephone:  (618) 277-7670
    Facsimile:  (618) 277-7674
    debbievolmert@hanna-and-volmert.com

Attorneys for Creditor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and accurate copies of the foregoing Response to Objection to Claim were served via electronic notification on this 19th day of March, 2018:

Brent S. Westbrook, attorney for Debtor

Diana S. Daugherty, Chapter 13 Trustee

And to the following by first class mail, postage pre-paid, on this 19th day of March, 2018:

Kimberly G. Seemes
2925 Park Valley Drive
St. Peters, MO 63376