UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 17-46266-659  Chapter 13 |
| ) | |
| **KIMBERLY G SEEMES** ) | |
| ) | |
| ) | |
| **Debtor** ) | |
| ) | |

### TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated February 26, 2018, to claim 9 filed on behalf of CAVALRY SPV I LLC.

Dated: April 04, 2018
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing document was filed electronically on April 04, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 04, 2018.

KIMBERLY G SEEMES
2925 PARK VALLEY DRIVE
SAINT PETERS, MO  63376

CAVALRY SPV I LLC
3936 E FORT LOWELL RD #200
C/O BASS & ASSOCIATES
TUCSON, AZ  85712

HANNA & VOLMERT LLC
530 FULLERTON RD STE A
PO BOX 464
BELLEVILLE, IL  62222-0464

BASS & ASSOC PC
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee