UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-46266-659 |
| | ) | |
| KIMBERLY G. SEEMES, | ) | CHAPTER 13          #28 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CAVALRY SPV I, LLC, | ) | Response Due: 4-16-2018 |
| | ) | Hearing Date: 4-23-2018 |
| Movant, | ) | Hearing Time: 10:00 a.m. |
| | ) | Location: St. Louis, Missouri |
| vs. | ) |           Courtroom 7 North |
| | ) | |
| KIMBERLY G. SEEMES, Debtor, | ) | |
| BRIAN SEEMES, Co-Debtor, and | ) | |
| DIANA S. DAUGHERTY, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

At St. Louis, in said District, this matter having come before the court pursuant to a Motion for Relief from the Automatic Stay filed by Cavalry SPV I, LLC; the Court, after reviewing the record as a whole and otherwise being fully advised in the premises, finds good cause to grant the relief requested.

WHEREFORE, IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted; and

IT IS HEREBY FURTHER ORDERED that Cavalry SPV I, LLC, is granted relief from the automatic stay in effect under 11 U.S.C. § 362(a) to take any and all actions deemed necessary to obtain possession of the 2014 Yamaha ATV, VIN 5Y4AJ40Y03A105242

("ATV 1") and 2016 Yamaha ATV, VIN 5Y4AMA1Y3GA102861 ("ATV 2"), and to sell same in a commercially reasonable manner; and

IT IS HEREBY FURTHER ORDERED that Cavalry SPV I, LLC, is granted relief from the co-debtor automatic stay in effect under 11 U.S.C. § 1301 to take any and all actions deemed necessary to obtain possession of ATV 1 and ATV 2, and to sell same in a commercially reasonable manner, and seek recovery against the Co-Debtor; and

IT IS HEREBY FURTHER ORDERED that the stay provision of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not be applicable; and

IT IS HEREBY FURTHER ORDERED that the Chapter 13 Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order.  The Trustee is directed to resume payment on such claims on notification pursuant to L.R. 3021(A).

_____
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: April 24, 2018
St. Louis, Missouri
jjh

Prepared By:

Deborah J. Volmert
Mo. Bar. 42091
530 Fullerton Road, Suite A
P.O. Box 464
Belleville, Illinois  62222-0464
Telephone:  (618) 277-7670
Facsimile:  (618) 277-7670
debbievolmert@hanna-and-volmert.com


COPIES TO:

Brent S. Westbrook
Westbrook Law Group, LLC
515 Jefferson St., Suite C
Saint Charles, MO 63301

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO  63143

Kimberly G. Seemes
2925 Park Valley Drive
St. Peters, MO 63376

Brian Seemes
2925 Park Valley Drive
St. Peters, MO 63376